reargument refused August 3, 1967.

*John H. Clark, Jr.,* with him *Seletz and Clark,* for appellant.

*Samuel M. Tollen,* for appellees.

*Philip A. McMunigal, Jr.,* City Solicitor, for City of Chester, appellee.

OPINION PER CURIAM, June 29, 1967:
Decree affirmed. Costs on the appellant.
Mr. Justice COHEN took no part in the consideration or decision of this case.

## Boothe Leasing Corporation *v.* Universal Shopping Centers, Inc., Appellant.

Argued April 20, 1967. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

612

*Harry Hiscox,* with him *Rosenn, Jenkins & Greenwald,* for appellants.

*Maurice S. Cantor,* for appellee.

OPINION PER CURIAM, July 24, 1967:
Judgment affirmed.

Commonwealth *v.* Lewis, Appellant.

Argued April 26, 1967.   Before BELL, C. J.; MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Henry J. Albaugh,* with him *George A. Baldwin, Jr.,* for appellants.